1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SUTTON PLACE OF SANTA CLARA
COUNTY OWNERS ASSOCIATION,

Plaintiff,

v.

GERLING AMERICA INSURANCE
COMPANY, and others,

Defendants.

Case No. 18-cv-00948 NC

**ORDER VACATING SCHEDULE
AND CONDITIONALLY
DISMISSING CASE**

Re: ECF 46

The parties have reported a settlement of the entire action (ECF 46) and have asked the Court to maintain jurisdiction to enforce the settlement. The Court therefore conditionally DISMISSES the case, VACATES the Feb. 13 CMC and all case deadlines, and administratively CLOSES the case, but retains jurisdiction until July 31, 2019, to enforce the settlement. Any party may move to reopen the case while the Court retains jurisdiction.

**IT IS SO ORDERED.**

Dated: February 11, 2019

_____
NATHANAEL M. COUSINS
United States Magistrate Judge